## URIAN v. DUNN.

'On error to the Supreme Court.

For the plaintiff in error, *J. J. Crandall.*

For the defendant in error, *A. H. Slape.*

PER CURIAM. The judgment of the Supreme Court is .affirmed, for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, DEPUE, DIXON, VAN SYCKEL, BROWN, CLEMENT, COLE, McGREGOR, PATERSON. 9.

*For reversal*—None.